UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
CITGO PETROLEUM CORPORATION,

                    Plaintiff,

    -against-

ASCOT UNDERWRITING LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 1414), PIONEER UNDERWRITING LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF CONSORTIUM NO. 9146), MS AMLIN UNDERWRITING LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 2001), TRAVELERS SYNDICATE MANAGEMENT LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 5000), BRIT SYNDICATES LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 2987), SOMPO INTERNATIONAL INSURANCE (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 5151), CHAUCER SYNDICATES LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 1084), MARKEL SYNDICATE MANAGEMENT LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 3000), NEON UNDERWRITING LIMITED (FOR AND ON BEHALF OF THE MEMBERS OF LLOYD'S SYNDICATE 2468), and STARSTONE INSURANCE SE,

                    Defendants.
-----------------------------------------------------------------------------X

Case No. 1:21-cv-00389 (GHW) (SDA)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for each of the Defendants.

    I certify that I am admitted to practice before this Court.

Dated: New York, New York
March 29, 2021

CLYDE & CO US LLP

By: /s/John M. Woods
John M. Woods

The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel: (212) 710-3900
Fax: (212) 710-3950
Email: John.Woods@clydeco.us

*Attorneys for Defendants*