```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                    :
CITGO PETROLEUM CORPORATION,                        :
                                                    :
                              Plaintiff,            :     1:21-cv-389-GHW
                                                    :
            -v -                                    :     ORDER
                                                    :
ASCOT UNDERWRITING LIMITED (FOR                     :
AND ON BEHALF OF LLOYD'S SYNDICATE                  :
1414), et al.,                                      :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

GREGORY H. WOODS, United States District Judge:

On July 1, 2021, the Court entered the parties' Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). Dkt. No. 70. Pursuant to the Protective Order, a producing or disclosing party may designate certain material as Confidential, including "any other category of information given confidential status by this Court after the date of" the Protective Order. Protective Order at ¶ 2(e). On July 29, 2021, Plaintiff requested that the Court permit the parties to designate the name and other identifying information of a witness as Confidential under the Protective Order. Dkt. No. 78. Plaintiff's July 29, 2021 letter and its supporting declaration establish good cause for the Court to permit the parties to designate that information as Confidential.

Accordingly, the parties may designate the following materials as Confidential under the Protective Order:

1. the witness' name identified in the redacted declaration at Dkt. No. 80; and

2. all other information, the disclosure of which could reveal the identity of the witness identified in the redacted declaration at Dkt. No. 80.

This Order grants the parties permission to designate as Confidential the materials described

above pursuant to the Protective Order in accordance with ¶ 2(e) of that order. The parties are still required to seek permission from the Court to file redacted or sealed versions of documents containing the above designated Confidential material, subject to the Protective Order and to the procedures set forth in Rule 4 of the Individual Rules of Practice in Civil Cases of the Honorable Gregory H. Woods.

    SO ORDERED.

Dated: August 24, 2021
      New York, New York

_____
GREGORY H. WOODS
United States District Judge