USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
CITGO PETROLEUM CORPORATION,     :
:
                     Plaintiff,    :    1:21-cv-389-GHW
:
          -v -           :    ORDER
:
ASCOT UNDERWRITING LIMITED (FOR    :
AND ON BEHALF OF LLOYD'S SYNDICATE :
1414), *et al.*,    :
:
                     Defendants.   :
:
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on November 22, 2021, Defendants' opening briefing regarding its assertion of privilege as to the redactions identified in the parties' November 12, 2021 letter, Dkt. No. 91, is due no later than December 7, 2021. Plaintiff's opposition is due by December 14, 2021; Defendants' reply, if any, is due by December 17, 2021.

For the reasons stated on the record during the conference held on November 22, 2021, Plaintiff's application to re-open fact discovery to conduct additional discovery related to the issues identified in the November 19, 2021 letter, Dkt. No. 93, is denied. Defendants are directed to produce the "Selex Claim" documents identified in the November 19, 2021 letter no later than December 7, 2021. Finally, Defendants are granted leave to amend their responses to RFAs 62 and 63. Defendants' amended responses must be filed no later than December 3, 2021. Plaintiff is granted leave to raise further objections to RFAs 62 and 63 following the amendment.

      SO ORDERED.

Dated: November 22, 2021
      New York, New York

_____
GREGORY H. WOODS
United States District Judge