USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
CITGO PETROLEUM CORPORATION,  :
:
                             Plaintiff, :    1:21-cv-389-GHW
:
                   -v -  :    <u>ORDER</u>
:
ASCOT UNDERWRITING LIMITED (FOR  :
AND ON BEHALF OF LLOYD'S SYNDICATE  :
1414), *et al.*, :
:
                        Defendants. :
:
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a teleconference regarding defendant's request for an extension of time regarding expert discovery, Dkt. No. 103, on December 15, 2021 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                                GREGORY H. WOODS
                                                       United States District Judge