# EXHIBIT C

CONFIDENTIAL - Corey Herritt - 9/23/2021
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.
Case 1:21-cv-00389-GHW - Document 127-3 - Filed 03/14/22 - Page 2 of 16

1    UNITED STATES DISTRICT COURT FOR THE

2    SOUTHERN DISTRICT OF NEW YORK

3

4    CITGO PETROLEUM CORPORATION    )
                                    )No. 1:21-cv-389-GHW
5                   Plaintiff,      )
                                    )
6    - against-                     )
                                    )
7    ASCOT UNDERWRITING LIMITED     )
     (FOR AND ON BEHALF OF LLOYD'S  )
8    SYNDICATE 1414), et al.,       )
                                    )
9                   Defendant(s)    )

10

11   CONFIDENTIAL pursuant to stipulated confidentiality

12          agreement and protective order

13

14          Videotaped Deposition of:

15               COREY HERRITT,

16       taken on behalf of the Plaintiffs

17   September 23, 2021, at 9:00 a.m. Eastern Standard Time

18

19   REPORTED BY:

20   Angela Gunn, CSR

21   Worldwide Litigation Services

22   -----------------------------------

23   Chicago (312) 528-9111 + Minneapolis (612)

24   594-7660 + Las Vegas (702) 799-921

25   Job 48614



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW - Document 127-3 - Filed 03/14/22 - Page 3 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1       Video Deposition of COREY HERRITT, called by the

2       Plaintiff herein, held before a stenographic court

3       reporter conducted by video conference, on Monday,

4       the 23rd day of September, 2021, at 9:00 a.m. EST.

5

6       A P P E A R A N C E S: (Via Videoconferencing)

7

8       ON BEHALF OF THE PLAINTIFFS:

9       Jeffrey Mikoni

10      Pillsbury Winthrop Shaw & Pittman

11      1200 Seventeenth Street, NW

12      Washington, DC 20036 USA

13      T: +1.202.663.8000

14      F: +1.202.663.8007

15      jeffrey.mikoni@pillsburylaw.com

16

17      ON BEHALF OF THE DEFENDANTS:

18      John Woods

19      Thomas Myers

20      William Cooney

21      Clyde & Co.

22      The Chrysler Building

23      405 Lexington Avenue

24      New York, NY 10174 USA

25      Tel: +1 212 710 3900

CONFIDENTIAL - Corey Herritt  -  9/23/2021
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

```
 1        john.woods@clydeco.us

 2        william.cooney@clydeco.us

 3

 4        ON BEHALF OF CANSHIP and WITNESS:

 5        Yaakov Adler

 6        Freehill Hogan & Mahar

 7        80 Pine Street, 25th Floor

 8        New York, NY 10005-1759

 9        Phone: 212-425-1900

10        Fax: 212-425-1901

11        adler@freehill.com

12

13        ALSO PRESENT:  Carole Rouffet, Skuld North

14        America.

15        Scott Breckheimer, Videographer and exhibit

16        technician

17

18

19

20

21

22

23

24

25
```



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW - Document 127-3 - Filed 03/14/22 - Page 5 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1      board the Gerd?

2              A.      No, not to my knowledge.

3              Q.      Were any of the crew trained in

4      the use of weapons to your knowledge?

5              A.      No, not provided by the company.

6      If -- personally, I don't know.

7              Q.      You mentioned an on board

8      security officer earlier.  Would that security

9      officer carry any weapons?

10             A.      No.

11             Q.      What were your first-aid

12     capabilities aboard the Gerd?

13             A.      We have one person trained in

14     marine medical duties, and we have equipped

15     hospital with drugs and oxygen.

16             Q.      Did you have a doctor on board

17     the ship?

18             A.      No.

19             Q.      Can you tell me specifically what

20     dates you served as the master of the Gerd between

21     December 2018 and February 2020?

22             A.      I can, but I gotta open my

23     discharge book, if that's okay.

24             Q.      I'm fine with that.

25             A.      Okay, I joined the vessel on the



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW - Document 127-3 - Filed 03/14/22 - Page 6 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1      the details of that first rotation upon the Gerd

2      in a little more specificity if we could.  You

3      said that you boarded the ship on November 30,

4      2018.  Do you recall where the ship was when you

5      boarded?

6                  A.      Aruba.

7                  Q.      And how did you board the ship?

8                  A.      I don't recall.  I'm not sure if

9      it was by launch or at the terminal.

10                 Q.      Do you recall what master you

11     relieved at the beginning of that rotation?

12                 A.      Captain Ollerhead.

13                 Q.      And what were your voyage

14     instructions for that rotation?

15                 A.      I think we had -- I think we

16     loaded two or three cargoes during that rotation

17     out of Venezuela.

18                 Q.      Were all of those cargoes for

19     CITGO?

20                 A.      Yes.

21                 Q.      I apologize.  I need to take

22     another break right now.  I just have somebody

23     banging on our doors.

24                 VIDEOGRAPHER:  Going off the record.

25                 The time is 10:31 a.m.

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW - Document 137-3 Filed 03/14/22 Page 7 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1      --- Whereupon recess commenced at 10:31 a.m. ---

2      --- Upon resuming at 10:34 a.m. ---

3              VIDEOGRAPHER:  We are back on the

4              record.  The time is 10:34 a.m.

5      BY MR. MIKONI:

6              Q.    When you boarded the Gerd in

7      November of 2018, did you have any understanding

8      of the political situation in Venezuela at that

9      time?

10             **A.    In November of 2018?**

11             Q.    Yes.

12             **A.    Only what we gathered from the**

13     **news and, you know, very, very limited knowledge**

14     **really.**

15             Q.    What did you gather from the

16     news?

17             **A.    That things were -- things were**

18     **deteriorating there with regards to protests**

19     **against the government.**

20             Q.    Did have any understanding of

21     what the basis of those protests was?

22             **A.    No, not really.**

23             Q.    And did you learn anything

24     further about political developments in Venezuela

25     during that first rotation on the Gerd?

CONFIDENTIAL - Corey Herritt - 9/23/2021
Cargo Petroleum Corporation vs. Ascot Underwriting Limited, et al.
Case 1:21-cv-00389-GHW   Document 127-3   Filed 03/14/22   Page 8 of 16

1          Q.     The next entry on the time sheet

2     is "loading."  It spans the 20th of January to the

3     22nd of January.  Does that reflect the time it

4     took for the cargo to be loaded onto the Gerd?

5          **A.     I don't recall, but if I signed,**

6     **my signature is there, so I would say I double**

7     **checked the times, so I would agree.**

8          Q.     You have no reason to believe

9     that that's inaccurate; is that right?

10         **A.     No.**

11         Q.     Then the next entry is, "final

12    inspection/calculations" dated the 22nd of

13    January.  Can you explain what that entry means?

14         **A.     That's after the cargo, after the**

15    **loading is stopped, the inspector, the cargo**

16    **inspector would conduct an inspection of the**

17    **ship's cargo tanks, along with the -- with one of**

18    **the officers, and that's when -- basically it's**

19    **when the inspection -- that's the time span it**

20    **took from 21:12 to 23:00 to gauge all of the cargo**

21    **tanks.**

22         Q.     And after inspection was

23    completed the cargo arms and hoses were

24    disconnected; is that right?

25         **A.     Yes.**



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW Document 127-3 Filed 03/14/22 Page 9 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1    documented in this letter of protest?

2             A.    I don't recall the actual, but

3    just reading the text that I wrote there, it would

4    be I noticed some damage to their dock which was

5    causing some damage to our vessel during the

6    loading operation.

7             Q.    So this is memorialized in some

8    damage to the vessel; is that right?

9             A.    Yeah.

10            Q.    Could you turn the page to the

11   next letter of protest, Bates No. is 4552.

12            A.    Yeah.

13            Q.    Once again, for the formality of

14   it, did you write this letter?

15            A.    Yes, I did.

16            Q.    And that's your signature on the

17   bottom right, correct?

18            A.    Correct.

19            Q.    Can you explain the issue that

20   you memorialized in this letter.

21            A.    Basically it was delays

22   experienced during loading operation.

23            Q.    Do you recall what caused those

24   delays?

25            A.    No, I don't.



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW Document 127-3 Filed 03/14/22 Page 10 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1          Q.     The text of the letter of protest

2     says, "Terminal suspend loading, certifying shore

3     tanks."

4          Can you explain what that means?

5          **A.     That's usually the case when they**

6     **spot tanks, so they basically take an auto card**

7     **with one tank and they have got to switch with**

8     **another tank, and so they would have to go and**

9     **ullage the next tank and make sure the quantities**

10     **are exact before they start loading to the vessel.**

11          Q.     Well, in your recollection this

12     delay was not because PDVSA wanted to cease

13     transmitting the cargo or loading the cargo; is

14     that correct?

15          **A.     No, no, this -- that's correct.**

16     **This is -- that's normal procedure.  It happens a**

17     **lot at terminals.**

18          Q.     As part of the process of getting

19     cargo from multiple tanks onshore and into the

20     vessel?

21          **A.     That's correct.**

22          Q.     Are the issues that you discussed

23     in these four letters of protest, any of them

24     strike you as out of the usual in your experience?

25          **A.     No, not at all.**



CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW - Document 127-3 - Filed 03/14/22 - Page 11 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1          Q.      Do you recall receiving any

2    responses from PDVSA to these letters?

3          A.      No.

4          Q.      But PDVSA did sign and stamp to

5    acknowledge receipt of each of these letters,

6    correct?

7          A.      **Correct.**

8          Q.      During the period of time or

9    during the loading process for this DCO cargo, do

10   you recall any objections from PDVSA to loading

11   the cargo on the Gerd?

12         A.      **No, I don't recall any**

13   **objections.**

14         Q.      Do you recall any issues loading

15   the cargo onto the Gerd other than those discussed

16   in your letters of protest?

17         A.      **No, I don't recall any issues.**

18         Q.      Was it your understanding that

19   CITGO was the owner of the cargo once it was

20   aboard the Gerd?

21         A.      **Yes, that is correct.**

22         Q.      Could you please turn to the next

23   page of ==Exhibit 5==, Bates No. 4553, and the caption

24   is, "Free Water After Loading."  Can you explain

25   what this document is.

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW Document 127-3 Filed 03/14/22 Page 12 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1     ordinary in the loading data for this loading

2     process?

3              A.       Not that I can recall.

4              Q.       Do you recall any specific

5     details regarding the loading the approximately

6     940,000 barrels of DCO onto the Gerd on or about

7     January 22, 2019, that we haven't already

8     discussed in the process of looking through these

9     documents or discussing the loading process?

10             A.       No, nothing comes to mind, no.

11             Q.       Do you recall any issues outside

12    of the routine in connection with the loading of

13    this cargo?

14             A.       I don't, no.

15             Q.       Do you recall any -- receiving

16    any opposition from PDVSA during the process of

17    loading this cargo?

18             A.       No, I don't.

19             Q.       After the DCO cargo was loaded,

20    what did you do next?

21             A.       Usually then -- well, once the

22    bill of lading is signed and on board, we have to

23    wait for a pilot to come on board to take us from

24    the dock, and then we normally wait for the divers

25    to come and do their diving inspection, and

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW Document 127-3 Filed 03/14/22 Page 13 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1    **present us with -- the agent will then present us**

2    **with the outward clearance from the harbourmaster.**

3                    Q.    Where was the Gerd headed after

4    receiving the CITGO cargo?

5                    **A.    We had a change in voyage orders**

6    **to proceed back to Güiria to load 22,000 barrels**

7    **of Pedernales.**

8                    Q.    Did the Gerd receive departure

9    clearances after the DCO cargo was loaded?

10                   **A.    Yes, we did.**

11                   Q.    Did those -- were those departure

12   clearances to approve it to return to Güiria to

13   pick up the Pedernales cargo?

14                   **A.    That's correct.**

15                   Q.    That clearance did not permit the

16   Gerd to return to Aruba, correct?

17                   **A.    Correct.**

18                   Q.    Let's take a short break here.

19                   VIDEOGRAPHER:  Going off the record the

20                   time is 12:03 p.m.

21   --- Whereupon recess commenced at 12:03 p.m. ---

22   --- Upon resuming at 12:23 p.m. ---

23                   VIDEOGRAPHER:  We are back on the

24                   record.  The time is 12:23 p.m.

25

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW   Document 127-3   Filed 03/14/22   Page 14 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1    were attaching a bill of lading produced by CITGO

2    for Pedernales cargo; is that right?

3              **A.      That's correct.**

4              Q.      You said earlier that you hadn't

5    received a Pedernales bill of lading.  What is the

6    bill of lading you are discussing in this email?

7              **A.      This email there is a bill of**

8    **lading that CITGO would have produced.  It's the**

9    **bill of lading normally came through the agent**

10   **directly.**

11             Q.      So in this circumstance, CITGO

12   producing its own bill of lading was unusual in

13   your experience?

14             **A.      Yes, it was.**

15             Q.      In this email you again requested

16   outward clearance, correct?

17             **A.      Correct.**

18             Q.      Was that request granted?

19             **A.      No, it wasn't.**

20             Q.      What did Navieramar say in

21   response to your request?

22             **A.      Basically they -- he's telling me**

23   **that the harbourmaster's office will not proceed**

24   **with the authorization from -- without**

25   **authorization from PDVSA main office, and that**

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW   Document 127-3   Filed 03/14/22   Page 15 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1          Q.     At that time had clearances,

2    outward clearances for the Gerd had been secured?

3          **A.     No, they weren't.**

4          Q.     Do you know whether any progress

5    was made for its securing those clearances during

6    the span of your March to April rotation as master

7    of the Gerd?

8          **A.     No, I didn't see any progress at**

9    **all.**

10         Q.     Who relieved you as master of the

11   Gerd in April of 2019?

12         **A.     To be honest, I don't recall.**

13   **I'm thinking Captain Ollerhead, but I don't recall**

14   **exactly.  I would be lying if I said it was**

15   **Captain Ollerhead.**

16         Q.     I definitely don't want you to

17   lie.  Please only answer things you actually

18   recall.

19         **A.     Yeah.**

20         Q.     Do you recall having any

21   conversations with your replacement master

22   regarding the state of the cargo on board the

23   Gerd?

24         **A.     Yeah, well, I don't recall like**

25   **from memory, but I know that we would do normal**

CONFIDENTIAL - Corey Herritt - 9/23/2021
Case 1:21-cv-00389-GHW   Document 127-3   Filed 03/14/22   Page 16 of 16
Citgo Petroleum Corporation vs. Ascot Underwriting Limited, et al.

1    handover procedure same again, handover voyage

2    orders, having discussion regarding outward

3    clearance, and then do the normal handover of the

4    vessel.  That's standard procedure.

5            Q.    And what is the normal handover

6    of the vessel?

7            A.    Discuss any issues on board, any

8    equipment status, crew status for crew changes,

9    cargo, anything to do with the cargo.  We would

10   have discussed emails that were sent back and

11   forth with the agent and CITGO looking for the

12   clearances.  The vessel's bunker situation, fresh

13   water situation.  Basically all of the -- anything

14   that he could expect in the next week or two that

15   could land on his plate really.

16           Q.    At this point the Gerd had been

17   seeking clearances for approximately three months,

18   right?

19           A.    Correct.

20           Q.    And in connection with any other

21   voyage, have you ever experienced a delay of three

22   months in receiving outward clearances?

23           A.    No, never.

24           Q.    Have you heard of any other ship

25   experiencing such delays?

