# EXHIBIT H

1              UNITED STATES DISTRICT COURT FOR THE

2                  SOUTHERN DISTRICT OF NEW YORK

3

4       CITGO PETROLEUM CORPORATION     )
                                        )No. 1:21-cv-389-GHW
5                      Plaintiff,       )
                                        )
6       - against-                      )
                                        )
7       ASCOT UNDERWRITING LIMITED      )
        (FOR AND ON BEHALF OF LLOYD'S   )
8       SYNDICATE 1414), et al.,        )
                                        )
9                      Defendant(s)     )

10

11    CONFIDENTIAL pursuant to stipulated confidentiality

12              agreement and protective order

13

14                 Videotaped Deposition of:

15                     WALLACE PARSONS,

16              taken on behalf of the Plaintiffs

17    September 20, 2021, at 9:00 a.m. Eastern Standard Time

18

19       REPORTED BY:

20       Angela Gunn, CSR

21       Worldwide Litigation Services

22       -----------------------------------

23       Chicago (312) 528-9111 + Minneapolis (612)

24       594-7660 + Las Vegas (702) 799-921

25       Job 48554



1    Video Deposition of WALLACE PARSONS, called by the

2    Plaintiff herein, held before a stenographic court

3    reporter conducted by video conference, on Monday,

4    the 20th day of September, 2021, at 9:00 a.m. EST.

5

6    A P P E A R A N C E S: (Via Videoconferencing)

7

8    ON BEHALF OF THE PLAINTIFFS:

9    Jeffrey Mikoni

10   Mark Plumer

11   Pillsbury Winthrop Shaw & Pittman

12   1200 Seventeenth Street, NW

13   Washington, DC 20036 USA

14   T: +1.202.663.8000

15   F: +1.202.663.8007

16   jeffrey.mikoni@pillsburylaw.com

17

18   ON BEHALF OF THE DEFENDANTS:

19   John Woods

20   Thomas Myers

21   William Clooney

22   Clyde & Co.

23   The Chrysler Building

24   405 Lexington Avenue

25   New York, NY 10174 USA



```
 1      Tel: +1 212 710 3900

 2      john.woods@clydeco.us

 3

 4      ON BEHALF OF CANSHIP and WITNESS:

 5      Yaakov Adler

 6      Freehill Hogan & Mahar

 7      80 Pine Street, 25th Floor

 8      New York, NY 10005-1759

 9      Phone: 212-425-1900

10      Fax: 212-425-1901

11      adler@freehill.com

12

13      ALSO PRESENT:  Carole Rouffet, Skuld North

14      America.

15      Scott Breckheimer, Videographer and exhibit

16      technician

17

18

19

20

21

22

23

24

25
```



1    charge of running the company's security, whether

2    it's maintaining the ship's security plan, et

3    cetera.

4              Q.      So what sort of notices might you

5    get from the safety officer?

6              A.      If -- well, anything related to

7    safety.  If doing work, normally risk assessments,

8    tests, they assist in helping us do our

9    preplanning, I guess, make sure all the hazards

10   are identified so that work can be completed

11   safely.  They are involved in updating our

12   manuals, sending out notices, that type of stuff.

13             Q.      And how would you factor those

14   sorts of warnings in your plans?

15             A.      It would be discussed in our

16   daily meetings, and see how it would affect our

17   operation, and we would do a risk assessment and

18   discuss any mitigating factors that we would put

19   in place to try to mitigate the risk, if any.

20             Q.      Do you recall ever receiving any

21   information regarding political developments from

22   Canship safety officer?

23             A.      Yes, I did receive some notices I

24   think when there was an attempted coup, I think

25   it's called.

1          Q.     Do you recall when or can you

2     tell me a little bit more about that.  What

3     attempted coup are you recalling?

4          **A.     It's when the interim president,**

5     **I guess he's called, attempted a coup against the**

6     **current president of Venezuela.**

7          Q.     So you are specifically referring

8     to Venezuela?

9          **A.     Yes, Venezuela, yes, sorry.**

10          Q.     And do you recall approximately

11     when you received that notice?

12          **A.     No, I don't recall.**

13          Q.     Not limiting yourself to your

14     time on the Gerd in November of 2018 through

15     February of 2020, just more generally as the

16     ship's master, had you previously received any

17     political related notices from the safety officer?

18          **A.     No, I did not.**

19          Q.     That's the only one that steps

20     out of your mind, is that --

21          **A.     Yes.**

22          Q.     -- you recall as an attempted

23     coup in Venezuela?

24          **A.     Yes, it is.**

25          Q.     And what considerations does the



1       list, and as per list, except just some small

2       basic forms.  Venezuela, for example, they

3       required a drug inspection on board and a hull

4       survey as well prior to issuing any outward

5       clearance.

6                    Q.     All right.  Just to be clear, can

7       you explain what you mean by a drug inspection?

8                    A.     The National Guard, all local

9       port authorities will come aboard and along with

10      divers they would inspect the ship, sometimes with

11      dogs, for any drugs, and the divers would actually

12      do a video recording of the inspection of the

13      hull, and they would be looking for drugs as well.

14                   Q.     And you also mentioned a hull

15      survey.  Can you explain what that is?

16                   A.     That is the diver's hull

17      inspection for drugs or drug inspection.

18                   Q.     Okay.  The hull survey, got it,

19                   A.     Yeah, yeah.  And they would issue

20      a video of the record -- a recording of the

21      inspection.

22                   Q.     And would they provide you as the

23      master with a copy of that video?

24                   A.     Yes, they did.

25                   Q.     Did you transmit that back to



1    tanks located?

2              A.      On the stern or the half part of

3    the vessel.

4              Q.      And is there one port, one

5    starboard?

6              A.      Those would be designated I think

7    as a distilled and potable.

8              Q.      And then where is the ballast

9    tanks located?

10             A.      The outboard side of the cargo

11   tanks.

12             Q.      Thank you very much.

13   Captain Parsons, can you tell me what date you

14   served as the master aboard the Gerd Knutsen

15   between December 2018 and February 2020?

16             A.      Exact dates I can't say, but I

17   joined early April 2019, until the vessel was sold

18   in the end of June, I think, I do believe, or the

19   first part of July 2020.

20             Q.      So your first tour was between

21   early April of 2019, and either the end of June or

22   early July 2019; is that correct?

23             A.      I can't remember if I did a

24   6-week trip or not, but, yeah, exact dates I don't

25   recall.

1          Q.     That's fine.  Just to the best of

2     your recollection, but that's roughly the window?

3          **A.     Yeah, early April until sometime**

4     **in end of May.**

5          Q.     You said end of May there a

6     moment ago.  You said end of June or early July

7     previously.  Do you recall which it is?

8          **A.     End of July was 2020.**

9          Q.     End of July --

10          **A.     My entire stint on the Gerd was**

11     **from April 2019 until either end of June, early**

12     **July of 2020.**

13          Q.     Okay, I understand, thank you.

14          **A.     On a 6-week rotation, give or**

15     **take.**

16          Q.     Okay.  So your first rotation was

17     April 2019 to sometime in May of 2019; is that

18     correct?

19          **A.     Correct.**

20          Q.     Do you recall roughly when your

21     second -- next rotation was?

22          **A.     I think I joined in August, late**

23     **August.**

24          Q.     And do you recall when that

25     rotation ended approximately?



1          A.        No, not to my knowledge.

2          Q.        So at the end of your second

3    rotation, it remained the case that the cargo was

4    fully loaded and you would not receive clearances

5    to depart, correct?

6          A.        Correct.

7          Q.        Your second rotation ended

8    approximately the end of September 2019, correct?

9          A.        Approximately, yes, correct.

10          Q.        Do you recall what master

11    replaced you as master of the Gerd at that time?

12          A.        Captain Ezra Winters.

13          Q.        I assume the Gerd did not move

14    during the entirety of your second rotation; is

15    that correct?

16          A.        That's correct.

17          Q.        You were still anchored at

18    11 miles out?

19          A.        That's correct.

20          Q.        Do you recall whether you

21    explained the status quo regarding the cargo and

22    the clearances to Captain Winters when you handed

23    off the Gerd to him?

24          A.        Yes, and he was the chief officer

25    on board prior to me joining, so he was more



1          A.        Yes, correct.

2          Q.        And there was difficulty securing

3    bunker, and having it delivered to the Gerd in

4    Venezuelan water, correct?

5          A.        Yes, correct.

6          Q.        But your understanding is that

7    CITGO was able to purchase Gerd and ultimately

8    arrange to have it delivered -- sorry, purchased

9    bunker and ultimately arranged to have it

10   delivered to the Gerd, correct?

11         **A.        Yes, previously purchased bunker,**

12   **whatever happened, yes, that ended up coming and**

13   **being delivered to the Gerd.**

14         Q.        But that delivery was after you

15   left -- finished this rotation on the Gerd,

16   correct?

17         A.        Correct.

18         Q.        Thank you.  If you can take that

19   exhibit down, please.

20         Captain Parsons, during your third

21   rotation on the Gerd you were master of the Gerd

22   at the end of November and early December of 2019,

23   correct?

24         A.        Yes.

25         Q.        Would the exhibit tech please



1    mark document three as Exhibit 3, and place it up

2    on the screen.  For the record, this Exhibit 3 is

3    an email thread and attachment that were produced

4    by CITGO in the litigation.  They are Bates

5    labelled as CITGO 11046 and 11049 respectively.

6    The emails and the email threads span

7    November 13th through 15th, 2019.  The attachment

8    page Bates No. 11049 is dated November 12, 2019.

9    --- Exhibit 3:  Bates CITGO 11046 and

10                   11049 respectively; email

11                   threads span November 13th

12                   through 15th, 2019, with

13                   attachment dated

14                   November 12, 2019 ---

15   BY MR. MIKONI:

16           Q.     Captain Parsons, please take a

17   moment to review these two pages and let us know

18   when you need the exhibit tech to scroll them for

19   you.

20           **A.     He can scroll.  You can keep**

21   **scrolling.**

22           Q.     I think that's the end of the

23   document.  Can you please centre the screen on the

24   bottom email on the first page.  Thank you.

25           Captain Parsons, do you recognize these



1    documents?

2                    A.    Yes, I do.

3                    Q.    Okay.  The bottom email on this

4    page is a November 13th email from Oswaldo Vargas

5    at a pdvsa.com email address; do you see that?

6                    A.    Yes, I do.

7                    Q.    That email was sent to

8    mas.gerd.knutsen@knutsenoas.com email address,

9    gerd.knutsen@knutsenoas, @pdvsa.com email address,

10   and cc to a mas.gerd.knutsen@canship.com email

11   address.  Do you see that?

12                   A.    Yes, I do.

13                   Q.    Are any of those three email

14   addresses your email aboard the Gerd?

15                   A.    Yes, the one in the copied,

16   mas.gerd.knutsen@canship.com.

17                   Q.    So you received that

18   November 13th, 2019 email at the Gerd Master email

19   address; is that correct?

20                   A.    Yes, I did.

21                   Q.    And that email that you received

22   included the attachment that we saw on the second

23   page, Bates No. 11049, correct?

24                   A.    Whether that was attached or not,

25   I can't say, but most likely, yes.



1      Q.     Then if we scroll up just a

2  little bit to the email above this, this

3  November 14th email, 2019, bears your signature,

4  correct?

5      **A.     Yes, that's correct.**

6      Q.     You sent that email to Melody

7  Wheeler; is that correct?

8      **A.     Yes, that's correct.**

9      Q.     Could you please scroll back down

10  to the bottom of this page, Scott.  Thank you.

11      Captain Parsons, what did you understand

12  this email from Oswaldo Vargas to be?

13      **A.     What do you mean, like my**

14  **understanding from the request?**

15      Q.     Yes.  What did you understand

16  this request to be?

17      **A.     Well, my understanding would be**

18  **PDVSA hoping that I would proceed to Jose and**

19  **discharge the cargo.**

20      Q.     And that's what is requested in

21  that furthermore sentence, "Furthermore, you are

22  requested to proceed to Terminal Jose to discharge

23  cargo ASAP?"

24      **A.     Yeah.**

25      Q.     Okay.  What is PDVSA in your



1    understanding?

2              A.      A government owned and operated

3    oil I guess company.

4              Q.      When you say government owned, do

5    you mean the Venezuelan government?

6              A.      Yes, I do.

7              Q.      When PDVSA in this email

8    requested you to proceed to Terminal Jose to

9    discharge the cargo, did you understand them to be

10   requesting that you would discharge the cargo to

11   PDVSA?

12             A.      Yes.

13             Q.      At the time you received this

14   email, what was your understanding of PDVSA's

15   relationship to the cargo aboard the Gerd Knutsen?

16             A.      My understanding was they didn't

17   have any relationship with it.  They didn't own

18   it.  They were the -- they I guess sold the cargo

19   to CITGO.

20             Q.      Scott, could you please scroll

21   down to the next page.  So, Captain Parsons, I'll

22   direct you to the second line of this

23   paragraph where it describes PDVSA as the cargo

24   owners and shippers for the Gerd Knutsen cargo.

25   Do you see that?



1          A.      Correct.

2          Q.      At the time you received this

3  letter from PDVSA did you have an understanding of

4  whether the Maduro regime or the Guaidó government

5  was controlling PDVSA?

6          A.      As far as I understood Maduro was

7  controlling PDVSA.

8          Q.      So you understood this to be a

9  request from the Maduro version of PDVSA, correct?

10         A.      That was my thought, yes.

11         Q.      In the email thread that we have

12  reviewed shows that you forwarded this attachment

13  to Melody Wheeler at CITGO.  Did you take any

14  other actions in response to receiving this email?

15         A.      I can't say for sure, but

16  99 percent chance it would have been forwarded off

17  to the ship owners as well.

18         Q.      Now you did not follow this order

19  to discharge the cargo, correct?

20         A.      No, I did not.

21         Q.      Why not?

22         A.      Because PDVSA is not the

23  charterer.

24         Q.      So you didn't understand PDVSA to

25  have any authority to make these instructions; is



```
 1              A.      Two weeks later.

 2              Q.      Perfect.  Do you recall if

 3      anything relating to PDVSA's request to discharge

 4      the cargo happened between receiving the

 5      November 12th letter and these November 29th

 6      emails?

 7              A.      Nothing happened on our end.

 8      Anything else ashore, I can't speak to, but...

 9              Q.      So after you received the

10      November 12th letter and passed that along to

11      CITGO, you don't recall anything else happening on

12      your end prior to November 29th, correct?

13              A.      Correct.

14              Q.      Scott, can you please scroll down

15      to the bottom email in this thread, next page.

16      There, perfect.  A little bit up, please.

17                      That is good, thank you, Scott.

18                      Captain Parsons, in this email dated

19      November 29th, Karl Schmidt writes:

20                          "Thank you for passing on the

21                          letter you received from PDVSA

22                          today.  Can you please provide some

23                          more information with regards to

24                          this.  Who all came to visit the

25                          Gerd Knutsen today?"
```



1          Do you recall the visit that Mr. Schmidt

2     is referencing in this email?

3          **A.     Vaguely, yes.**

4          Q.     Vaguely.  Do you recall receiving

5     a letter from PDVSA on or around November 29,

6     2019?

7          **A.     Yes, I did receive a letter.**

8          Q.     Scott, can you please mark

9     document six as ==Exhibit 6==, and place that up on

10    the screen for a moment.  I apologize for the

11    awkwardness, Captain Parsons.  This would have

12    been the part that would be easier if the binder

13    made it to you on time.

14         **A.     I'm okay.  I'm doing fine.**

15         Q.     Thanks for your patience.

16         **A.     No worries.**

17         Q.     For the record, ==Exhibit 6== is a

18    letter on PDVSA letterhead, it was produced by

19    CITGO in this litigation, Bates No. on that letter

20    is CITGO 33423.  It is followed by a certified

21    translation of the letter, which is Bates

22    No CITGO 33424, and an accompanying certificate of

23    accuracy, which is Bates No. 33425.

24    --- ==Exhibit 6==:  letter on PDVSA letterhead

25              with translation; Bates No.



1              CITGO 33423 to 33425 ---

2    BY MR. MIKONI:

3              Q.     Captain Parsons, can you please

4    take a moment to review these three pages?

5              **A.     You can scroll down.  Keep on**

6    **going.  I guess the last one is just translator.**

7    **There, all right.  Okay, we are good.**

8              Q.     Let's go back to the first

9    page of this exhibit, please, and, Scott, could

10   you zoom out a little bit, please.  Great, thank

11   you.

12             Captain Parsons, starting with this

13   first page of the exhibit, do you recognize this

14   letter?

15             **A.     I do, yes.**

16             Q.     Is that your signature on the

17   bottom right corner?

18             **A.     It is, yes.**

19             Q.     And is this the letter that in

20   the ==Exhibit 4== that we were just reviewing, the

21   email from Karl Schmidt thanking you for sending

22   along the letter, is this the letter referred to

23   in that exhibit?

24             **A.     I can't confirm, but given the**

25   **dates I would say yes.**



1    sentence of that email out loud.

2              A.

3                   "Good day, Mr. Schmidt.  The local

4                   Navieramar agent came aboard with a

5                   PDVSA lawyer and from what I can

6                   gather a PDVSA representative."

7              Q.    What is Navieramar?

8              **A.    That is the local agency in**

9    **Venezuela.**

10             Q.    By local agency, what do you

11   mean?

12             **A.    The ship's agent.**

13             Q.    What role did they play?

14             **A.    They were appointed by the**

15   **charterer, CITGO, and ship's agent they look after**

16   **all I guess ship's required with regard to**

17   **documents, anything that needs to be looked after**

18   **for the vessel during the port call.**

19             Q.    Okay.

20             **A.    They make the arrangements.**

21             Q.    Was Navieramar involved with the

22   effort to receive clearances to depart Venezuela?

23             **A.    Yes, all requests for -- from the**

24   **vessel requesting for them to organize outward**

25   **clearance went to them, yes.**



1          A.       I wouldn't even be able to guess.

2          Q.       No idea, that's fine.  Okay, can

3    you read the I believe it's the third sentence of

4    this email out loud.  It begins, "From what was

5    translated to me..."

6          A.

7                   "From what was translated to me

8                   they informed me that it was just a

9                   notification letter stating that

10                  based on a conversation or

11                  correspondence between CITGO and

12                  PDVSA on June 6th, where CITGO

13                  indicated they did not want the

14                  cargo anymore, including the DCO

15                  based on contract number 34004276,

16                  that PDVSA is now the owners of all

17                  of the cargo on board and that

18                  further instructions and documents

19                  will be given later."

20         Q.       Do you recall who provided you

21    that translation?

22         A.       The translation or info or

23    understanding of it?

24         Q.       In that sentence you writer,

25    "From what was translated to me," this was your



1       into the record.

2                       A.

3                               "Good day, Melody.  I currently

4                               have the PDVSA reps, agent and INEA

5                               rep on board who have informed me

6                               that tomorrow the Port Authorities

7                               will come tomorrow to issues

8                               outward clearance for me to sail to

9                               Puerto La Cruz to discharge

10                              immediately.  According to them

11                              this is based on the court order

12                              given to the vessel back in

13                              December.  Please advise how I am

14                              to proceed."

15                      Q.      Thank you.  Do you recall this

16      incident where PDVSA reps, agent and INEA rep

17      boarded the Gerd on February the 7th?

18                      **A.      Yes, I do.**

19                      Q.      We had spoken a moment ago about

20      a PDVSA representative boarding the Gerd at the

21      end of November.  Are you aware of any moments or

22      any occasion between the end of November and this

23      February 7th boarding where PDVSA boarded the

24      Gerd?

25                      **A.      They did board the vessel back**



1  in -- or in December while I was home.

2          Q.      How did you learn about that

3  boarding?

4          A.      It was handed over to me when I

5  joined the vessel in January.

6          Q.      Are you aware of any other

7  boardings between November 2019 and February 7,

8  2020?

9          A.      Not off the top of my head, no, I

10 don't recall.

11         Q.      Do you recall how many PDVSA reps

12 boarded the Gerd on February 7th?

13         A.      No, I do not.

14         Q.      Could you approximate?

15         A.      Probably wouldn't be very

16 accurate.

17         Q.      That's fine.  When you said there

18 was an agent on board, what do you mean by agent?

19         A.      The local agent, Navieramar

20 agent.

21         Q.      And you mentioned an INEA rep.

22 Can you explain what INEA is?

23         A.      It's one of their local marine

24 police.

25         Q.      Did you say marine police?



1    A.    Marine police, yeah.  One of the

2    local marine authorities.

3         Q.    Was the INEA rep armed?

4         A.    I do not recall.

5         Q.    Do you recall approximately how

6    long these individuals remained on the Gerd on

7    February 7th?

8         A.    No, I do not know.

9         Q.    You wrote that they informed you

10   that the port authorities would issue outward

11   clearance for you to sail to Puerto La Cruz to

12   discharge the cargo, correct?

13        A.    Correct.

14        Q.    By the port authorities, what do

15   you mean?

16        A.    The local harbourmaster would be

17   the authority to issue the outward clearance.

18        Q.    By discharge immediately in this

19   email, did you mean discharge the cargo?

20        A.    That's what they requested me to

21   do, yes.

22        Q.    Was that a request to discharge

23   the cargo to PDVSA?

24        A.    Yes.

25        Q.    Approximately how far away from



1       the Gerd's present location was Puerto La Cruz at

2       that time?

3                       A.      A two-day steam, approximate.

4                       Q.      Did you understand these

5       instructions to be any different from the

6       instructions that you received in November 2019 to

7       discharge the cargo to PDVSA?

8                       A.      This -- the instructions, no, no.

9                       Q.      Was anything else about these

10      circumstances different in February 7 from the

11      circumstances in which you were instructed to

12      discharge the cargo in November of 2019?

13                      A.      At the time of this email, no.

14      Shortly after, yes.

15                      Q.      What happened shortly after?

16                      A.      I was informed that the Navy

17      would be -- that I would have to leave, and that I

18      would be escorted under armed guard with the Navy,

19      and that I had to leave, no issues.

20                      Q.      Do you recall who informed you

21      that you had to leave?

22                      A.      It was conveyed through the

23      agent.

24                      Q.      Scott, could you please take this

25      document down, and if you could please mark



1          **A.          This one, yes.**

2          Q.          Did you have an understanding of

3     the Venezuelan Navy was escorting the Gerd?

4          **A.          No, not in particular, no.**

5          Q.          Scott, can you please flip back

6     to ==Exhibit 7==.  Thank you.

7               So, Captain Parsons, to focus again on

8     February 7th, when the PDVSA reps and others

9     boarded the Gerd.  At that point in time did you

10    intend to follow their instructions to travel to

11    Puerto La Cruz and discharge the cargo?

12         **A.          If the time frame was there, with**

13    **no instruction of the Navy arms -- being armed and**

14    **making me leave, no.**

15         Q.          Scott, can you please scroll up

16    to the prior email on this thread.  Scroll down a

17    little bit more.  Sorry, it's a short one.  A

18    little more.  There we go.

19              Captain Parsons, do you see the

20    February 7, 2020 email, 9:55 a.m -- sorry, the

21    9:50 a.m. email that's on the screen right now?

22         **A.          Yes.**

23         Q.          Did you send this email to Melody

24    Wheeler and others?

25         **A.          Yes.**



1    and being permitted to sail.

2              Q.    Were any of those issues

3    addressed in February of 2020?

4              A.    No.  These three issues noted

5    here was what was picked up on by a inspection

6    that was done prior to this.  These were three

7    findings that were noted.

8              Q.    Do you recall when that

9    inspection occurred?

10             A.    No, I do not.

11             Q.    Do you recall who conducted that

12   inspection?

13             A.    I can't remember his name.

14             Q.    Was it in an inspection by one of

15   the Gerd crew or someone else?

16             A.    Third party.

17             Q.    Do you recall what organization

18   or entity the third party was associated with?

19             A.    No, I do not recall, no.

20             Q.    I may have asked this earlier, I

21   apologize if I'm repeating myself, but when the

22   Gerd was boarded on February 7, 2020, how long did

23   the PDVSA reps and other persons remain on board?

24             A.    I can't recall.

25             Q.    What was your understanding of



1    the instructions they wanted you to follow at the

2    time they departed?

3            A.    When they departed, if I recall

4    correctly, it was that the Navy would be escorting

5    us through Jose, and that outward clearance would

6    be given for that voyage.

7            Q.    And did you understand those

8    instructions to be coming from PDVSA?

9            A.    That I can't say or confirm.  All

10   I know is that the local authorities were the ones

11   that were going to issue the instructions based on

12   the court -- court document that they referenced

13   back in December.

14           Q.    And what do you mean by local

15   authorities?

16           A.    Whether the Navy, INEA, marine

17   police, it's one of their local agencies.

18           Q.    Did you instruct -- discuss those

19   instructions with CITGO?

20           A.    It was forwarded off to CITGO,

21   but any correspondence I can't recall.

22           Q.    Do you recall whether CITGO

23   advised you to take any action in response to

24   those instructions?

25           A.    No, I don't recall.



1          Q.     Do you recall whether you
2     discussed that boarding with Canship at all?
3              **A.     I can't specifically recall it,**
4     **but it was discussed I'm sure with the owners and**
5     **Canship.**
6          Q.     You ultimately did receive the
7     clearances to travel to Jose, correct?
8              **A.     Yes.**
9          Q.     And you ultimately followed those
10     instructions and travelled the Gerd to Jose,
11     correct?
12              **A.     Correct.**
13          Q.     Why did you ultimately accede to
14     these instructions?
15              **A.     Because the local Navy ordered me**
16     **to do so.**
17          Q.     Did you understand those
18     instructions to be to travel to Jose in order to
19     discharge the cargo?
20              **A.     They instructed me to sale to**
21     **Jose, that there was no -- the Navy didn't tell me**
22     **to discharge the cargo.  The Navy told me that I**
23     **had to sail to Jose.**
24          Q.     Were you separately told to
25     discharge the cargo in Jose?



1          A.      In Jose, yes.

2          Q.      Did you travel to Jose with the

3    military escort by the Venezuelan Navy?

4          A.      Yes, I did.

5          Q.      Did you ever previously have a

6    military escort on a ship that you were a master

7    of?

8          A.      No.

9          Q.      Have you ever heard of military

10   escorts being required while a ship was in

11   transit?

12         A.      No.

13         Q.      Do you have any understanding of

14   why the Venezuelan Navy was involved in this

15   particular transit?

16         A.      No, I do not.

17         Q.      Please take this document down,

18   Scott, and I ask you to mark document 14 as

19   Exhibit 14 and put it up on screen.

20              MR. WOODS:  I'm sorry, Jeff, what

21              exhibit is going up now?

22              MR. MIKONI:  Document 14.

23              MR. WOODS:  Thank you.

24   BY MR. MIKONI:

25         Q.      For the record, Exhibit 14 is



1       four copies of a document entitled "Letter of

2       Protest."  They were produced by CITGO in this

3       litigation, Bates labelled CITGO 34320 through

4       34323.  The letter is dated February 9th, 2020.

5       --- Exhibit 14:  four copies of Letter

6                       of Protest; Bates No.

7                       CITGO 34320 through 34323 ---

8       BY MR. MIKONI:

9               Q.    Captain Parsons, please take a

10      moment to review this document and have Scott

11      scroll through it as you need it.

12              **A.    Scroll down.  Keep on going.**

13      **Keep on going.  Keep on going.  All right.**

14              Q.    Scott, can you Zoom out so we can

15      see all of one page at a time.  That works, thank

16      you.

17              Captain Parsons, do you recognize these

18      letters?

19              **A.    I do.**

20              Q.    That's your signature at the

21      bottom of each page, right?

22              **A.    Correct.**

23              Q.    Did you prepare these letters of

24      protest?

25              **A.    I did.**



1          Q.      What is a letter of protest?

2          A.      It is a letter or a statement

3   from, well, it would be myself, stating any --

4   it's basically a letter -- here it's basically a

5   letter saying that we do not -- or I do not agree

6   or the owner's agree with what is happening.  It

7   goes -- like here, if you read the description, it

8   says:

9                  "Vessel ordered to sail by local

10                 authorities accompanied by the

11                 Venezuelan Navy in contradiction to

12                 current cargo documents and time

13                 charterer's orders."

14         It's just saying that I note that this

15  is happening and really it's kind of out of my

16  control.

17         Q.      Okay.  Is it normal to prepare a

18  letter of protest in connection with the voyage?

19         A.      Yes, we do letter of protests

20  often.

21         Q.      You have previously done letters

22  of protest in connection with other voyages; is

23  that right?

24         A.      Yes, correct.

25         Q.      And what purpose does the letter



1        Q.      Was the Gerd at any time boarded

2    by members of the Venezuelan Navy to your

3    knowledge?

4        **A.      Yes, the Navy was on board prior**

5    **to departure.**

6        Q.      Okay.  Will you explain how that

7    happened, when did they board?

8        **A.      If I remember correctly, it was**

9    **the morning that we departed all representatives**

10   **came on board, issued outward clearance prior to**

11   **departing.**

12       Q.      Do you remember what day you

13   departed?

14       **A.      It was the 9th of February.  We**

15   **departed on the ninth and arrived in Jose on the**

16   **eleventh, if I remember correctly.**

17   **[Reporter's query]**

18       THE WITNESS:  Departed Güiria on the

19           ninth and arrived in Jose on the

20           eleventh, I do believe.

21   BY MR. MIKONI:

22       Q.      Do you recall approximately how

23   many persons boarded the Gerd on the ninth?

24       **A.      No, I do not know.**

25       Q.      No.  Do you recall approximately



1          Q.      How long did that process of

2    getting the boat started take?

3          A.      It's usually an hour notice to

4    the engine room to prepare, and same for the

5    bridge.  If I recall correctly, I asked -- I told

6    them it would be longer because the vessel was on

7    anchor for so long, and exact times I wouldn't be

8    able to speak to.

9          Q.      Captain Parsons, I would like you

10   to look again at Exhibit 14 on the screen.  You

11   wrote that the order to sail was in contradiction

12   to current cargo documents.  Can you explain what

13   you meant by that?

14         A.      Bills of lading.

15         Q.      Can you elaborate?

16         A.      The bills of lading were issued

17   stating that the cargo was transferred from PDVSA

18   to CITGO for the DCO.

19         Q.      And so how did the current orders

20   contradict those cargo documents?

21         A.      They were saying that PDVSA was

22   the owner and they wanted us to sail to discharge.

23         Q.      You also wrote that the order to

24   sail contradicted the time charterer's orders.

25   Can you explain what you meant by that?



1       A.      As CITGO was the time charterer,

2    their orders were not for the vessel to sail to

3    Jose.

4       Q.      At that point in time, what were

5    your orders from the time charterers?

6       A.      The voyage instructions at that

7    point was still to discharge in Aruba, if I

8    remember correctly.

9       Q.      But you never received clearances

10   that would allow you to take that journey; is that

11   right?

12      A.      That's correct.

13      Q.      How long did it take to travel

14   from where the Gerd was anchored to Jose terminal?

15      A.      I think it was two days.  I think

16   we left on the ninth and arrived on the eleventh.

17      Q.      What happened when you arrived at

18   Jose terminal?

19      A.      Went to -- well, we didn't go to

20   the terminal.  We went to anchorage.

21      Q.      What do you mean by went to

22   anchorage?

23      A.      The vessel went to anchor.

24   There's a designated anchorage area, and that's

25   where the vessel went for arrival.  We had a port



1                   Q.    Do you recall whether any members

2    of the Venezuelan Navy boarded the ship at this

3    time?

4                   **A.**    **I don't think they boarded at**

5    **that time.  I don't think so.**

6                   Q.    Was the Navy gunship still in

7    close proximity to the Gerd at this time?

8                   **A.**    **After anchorage, I can't recall**

9    **if she stuck around or not.**

10                 Q.    You don't recall either way?

11                 **A.**    **No, no, I don't recall.**

12                 Q.    And did the PDVSA reps give you

13    any instruction at this time?

14                 **A.**    **Yes, they wanted me to discharge**

15    **the cargo.**

16                 Q.    Did you follow those

17    instructions?

18                 **A.**    **At that point, no.**

19                 Q.    Why not?

20                 **A.**    **Because CITGO, as owners of the**

21    **cargo, had not instructed me to do so.**

22                 Q.    You did ultimately discharge the

23    cargo at Jose terminal; is that correct?

24                 **A.**    **That is correct.**

25                 Q.    What changed between that point



1    exhibit down, please.  Thank you.

2              Captain Parsons, once the decision was

3    made to discharge the cargo, how long did that

4    process take?

5              A.    I think it was almost two weeks

6    if I do recall.  It was a lengthy discharge.

7              Q.    Why was that?

8              A.    Slow discharge rate.

9              Q.    Is that discharge rate slower

10   than what's usual in your experience?

11             A.    Yes.  Apparently the Jose

12   terminal is meant to load ships and not be

13   discharged into.  So because of the long distance

14   to the tank, storage tanks, our pumps couldn't

15   pump at a very high rate.

16             Q.    So the pumping process took

17   almost two weeks?

18             A.    A long time, yeah.  Exact, I

19   don't -- I can't recall, but it was quite

20   sometime.

21             Q.    Who oversaw the discharge

22   process?

23             A.    As shore -- someone from shore

24   or on board?

25             Q.    Sorry, on board who was



1          THE WITNESS:  No problem.

2                  EXAMINATION

3    BY MR. WOODS:

4          Q.    Captain Parsons, good afternoon,

5    this is John Woods from Clyde & Co. in New York.

6    Can you hear me all right?

7          **A.    Good afternoon, John.  Yes, I**

8    **can.**

9          Q.    Very good.  As you will have

10   heard from the beginning of this deposition, I

11   represent the cargo underwriters in this case.  I

12   have a few questions for you.  The rules of

13   engagement, guidelines, I should say, are as they

14   were before.  Since this is your first deposition,

15   I just want to remind you that if at any time my

16   question is not clear, I would ask that you let us

17   know and let me know, and I'll attempt to clarify

18   it, and if we don't hear any objection from you

19   we'll assume that you understood the question and

20   the answer is true to the best of your knowledge,

21   information and belief.  Is that understood?

22         **A.    Understood.**

23         Q.    And the other rules of engagement

24   apply as well, most important being if at any time

25   you want to take a break, just let us know and



1    we'll certainly accommodate that, okay?

2              **A.     I'm looking more to get it done.**

3    **It's getting late here.**

4              Q.     I appreciate that.  I am

5    conscious of the time and the fact that we are one

6    hour ahead of you, which means while it's one hour

7    later there you started one hour later in the

8    deposition as well than we did, so --

9              **A.     An hour and a half to be exact.**

10             Q.     An hour and a half, is that

11   right.  All right, I'll keep that in mind.

12             I just want to clarify to start off a

13   couple of questions or a couple of your answers

14   rather about the court order, orders, plural, I'm

15   not sure, that's what I want to clarify.  And for

16   that reason I'll ask Scott, our exhibit tech, to

17   put up <mark>Exhibit 7</mark> in the first instance.  Scott, if

18   you would scroll down to the page ending 477.

19   That will work.

20             Captain, you'll see in your email in the

21   bottom of that page a reference to the fact that

22   you had PDVSA reps on board the vessel, this is on

23   February 7th, 2020, who were informing you that

24   you were going to leave to go to Puerto La Cruz,

25   which I think you also refer to as Jose; is that

1     right?

2              A.        That's correct, yes.

3              Q.        And it says there that the orders

4     that you are going to get to sail to Jose, Port of

5     Jose, are based on the court order given to the

6     vessel back in December; do you see that?

7              A.        Yes.

8              Q.        We saw earlier, and we'll put it

9     up in a moment, you may recall that in earlier

10    questioning you were shown what was marked as

11    Exhibit 8, which is a Spanish translation of a

12    order from a Venezuelan court dated in December,

13    December 17, 2019.

14             Do you understand that your reference

15    there to the order of the court given to the

16    vessel back in December is that -- that order that

17    was served on the vessel when Captain Winters was

18    aboard on or about December 17, 2019?

19             A.        Yes, it would have to be

20    Captain Winters because I didn't receive anything

21    in December from anyone actually.

22             Q.        All right.  You had received I

23    think some documentation in November before you

24    left the ship, but you were gone by the time this

25    court order was served on the vessel and Captain

1          Q.      And on that same page, it

2    references at the bottom the Bolivarian National

3    Guard; do you see that?

4          **A.      Yes.**

5          Q.      It's in the bold.  Do you

6    understand that the National Guard was empowered

7    by this order to carry out the order and to

8    execute it?

9          **A.      Not really, no.**

10          Q.      Okay, let's go to the first page.

11    It's a little clearer there.

12                MR. ADLER:  Could I just note an

13                objection just to the extent that

14                Captain Parsons has testified that he's

15                a layperson and doesn't understand the

16                terminology used in the order.  You can

17                go on.

18    BY MR. WOODS:

19          Q.      At the bottom of the middle

20    paragraph, just before it says Article 270A -- I'm

21    sorry, 276, the last sentence there, the order

22    says:

23                "Likewise it is requested to

24                designate to officials of the

25                Bolivarian National Guard of



1  together for February 9, and it looks like

2  February 11, correct?

3            A.      Yes.

4            Q.      And there you see the Cormoran is

5  the patrol boat you have the Lirio is all fast

6  centred, and you depart.  When it says "Cormoran

7  on location," was that when it was I think you

8  said within a mile of the Gerd Knutsen?

9            A.      **Yeah, she was -- well, that**

10  **morning she was closer.**

11            Q.      How much closer?

12            A.      **Close enough I told the guys on**

13  **the bridge not to be take pictures of her, afraid**

14  **they would see.**

15            Q.      You mentioned she had a machine

16  gun, right?  Where was that located?  Is that

17  located forward?

18            A.      **The exact location I would not be**

19  **able to tell you, but she had one.  I think the**

20  **pilot informed me it was a 50-caliber machine gun.**

21            Q.      Do you recall actually seeing it

22  yourself?

23            A.      **Yes, I do.  They were actually**

24  **oiling it up and preparing it, or doing**

25  **maintenance on it prior to departing.**



1              A.      Again, I don't know.

2              Q.      You can look that up too.  It's

3      even in Wikipedia?

4              A.      Yes, I don't go around looking

5      that up.

6              Q.      Okay.

7              A.      It's over a year ago.  And size

8      is irrelevant once you have got a machine gun on

9      her.

10             Q.      I just wondered if it would

11     surprise you to know the patrol boat was smaller

12     than the tug?

13             A.      Not really, no.

14             Q.      In your experience, are you aware

15     when the vessel issues a bill of lading for a

16     cargo, and then sails, is it -- have you ever seen

17     situations where the vessel's destination changes

18     from that listed on the bill of lading during the

19     course of the voyage?

20             A.      Me personally, no.

21             Q.      Have you ever heard of a

22     situation where the bills of lading are sold

23     during the course of the voyage and the cargo

24     owner changes hands --

25             A.      No.

