USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

# MEMORANDUM ENDORSED



Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

November 30, 2022

**VIA ECF ONLY**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *CITGO Petroleum Corp. v. Ascot Underwriting Ltd., et al.*
> Case No.: 1:21 Civ. 00389 (GHW)

Dear Judge Woods:

We represent each of the Defendants in the above referenced matter.  Further to the Court's Order dated November 23, 2022 (Dkt. No. 167), we write to respectfully request that the Court extend the schedule for additional briefing by 30 days. The original and current deadline for the filing of the opening briefs is December 14, 2022, and the requested extension would adjourn that deadline to January 13, 2022.

This is the third request to extend one or more deadlines in this case, and the first request for an extension of the schedule for additional briefing set in the Court's Order dated November 23, 2022.

We make this request in light of our limited availability over the course of the next several weeks, which is due to the constraints imposed by scheduling orders established in several other litigations in which we represent one or more parties requiring us to brief dispositive motions (or appeals of the same) during December, as well as plans to travel during the Christmas holidays.

We have discussed this request with Plaintiff's counsel, and they have stated that CITGO "would prefer to adhere to the current briefing schedule and therefore will not be joining in or consenting to a request for an extension."  From this we understand that CITGO neither consents to nor affirmatively opposes the requested extension.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Miami, New Jersey, New York, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

The Honorable Gregory H. Woods
November 30, 2022
Page 2



We request that the briefing schedule be extended by 30 days. As a result of the 30 day extension, the deadline for opening briefs would be extended from December 14, 2022 to January 13, 2023 and the deadline for responsive briefs would be extended from December 28, 2022 to January 27, 2023.

Defendants thank the Court for its time and consideration of this letter.

Respectfully submitted,

/s/William M. Cooney
John M. Woods, Esq.
William M. Cooney, Esq.
CLYDE & CO US LLP
*Attorneys for Defendants*
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel: (212) 710-3900
john.woods@clydeco.us
william.cooney@clydeco.us

cc (by e-mail): Mark J. Plumer, Esq. (Counsel to Plaintiff)
David F. Klein, Esq. (Counsel to Plaintiff)
Jeffrey W. Mikoni, Esq. (Counsel to Plaintiff)
John P. Chamberlain, Esq. (Counsel to Plaintiff)

Application granted.  The deadline for filing and service of opening briefs on the topic outlined in the Court's November 23, 2022 order, Dkt. No. 167, is moved to January 13, 2023.  The deadline for responsive briefs on this topic is moved to January 27, 2023. The parties should not expect further extensions of time.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 168.
SO ORDERED.

Dated:  November 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge