```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
CITGO PETROLEUM CORPORATION,                                       :
:
                                    Plaintiff,                     :    1:21-cv-389-GHW
:
                        -v -                                       :    ORDER
:
STARSTONE INSURANCE SE, *et al.*,                                  :
:
                                    Defendants.                    :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In an opinion dated March 15, 2023, this Court granted Plaintiff's motion for summary judgment in part and denied Defendants' motion for summary judgment in full.  Dkt. No. 182.  The Court hereby schedules a conference in this case to discuss the process of proceeding to trial for **April 6, 2023 at 4:00 p.m.**  The conference will occur by telephone.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

Additionally, by no later than **March 30, 2023**, the parties are ordered to meet and confer and to post a joint letter on the docket.  That letter should contain the parties' views concerning the probable length of trial.  It should also list any dates in September, October, November, or December 2023 when either party is *unavailable* for trial.

SO ORDERED.

Dated: March 15, 2023
       New York, New York
                                                                _____
                                                                GREGORY H. WOODS
                                                                United States District Judge