```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
CITGO PETROLEUM CORPORATION,                                       :
                                                                   :
                                         Plaintiff,                :    1:21-cv-389-GHW
                                                                   :
                    -v -                                           :    ORDER
                                                                   :
STARSTONE INSURANCE SE, et al.,                                    :
                                                                   :
                                         Defendants.               :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2023

GREGORY H. WOODS, United States District Judge:

In a March 15, 2023 order, Dkt. No. 184, the Court scheduled a conference in this case for April 6, 2023. That conference is hereby adjourned to **April 17, 2023 at 4:00 p.m.** The parties are referred to the Court's order at Dkt. No. 184 for additional information about the conference, none of which (apart from the date and time of the conference) is changed by this order. In particular, the parties' joint letter described in Dkt. No. 184 remains due on March 30, 2023.

    SO ORDERED.

Dated: March 24, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge