```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
CITGO PETROLEUM CORPORATION,                      :
                                                  :
                              Plaintiff,          :      1:21-cv-389-GHW
                                                  :
              -v -                                :      ORDER
                                                  :
STARSTONE INSURANCE SE, et al.,                   :
                                                  :
                              Defendants.         :
                                                  :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023

GREGORY H. WOODS, United States District Judge:

As discussed during the November 15, 2023 conference, given timing constraints, the Court expects that each side will have approximately seventeen hours of trial time to present its respective case, which includes witness testimony, openings, and closing arguments. If the parties would like to provide the Court with additional data or otherwise that may support a different split from the 50/50 allocation of trial time that the Court has proposed, the parties should do so via a joint letter due no later than November 17, 2023.

At the conference, the Court denied the motion *in limine* to exclude the Venezuelan Court Order; and it requested that the parties provide the Court with a jointly proposed limiting instruction, addressing the issues of potential juror confusion that could arise from allowing the Venezuelan Court Order into evidence as proof of motive alone—and not for the truth of the matter asserted. The parties are directed to provide the Court with this jointly proposed limiting instruction by no later than November 22, 2023.

In addition, as discussed during the conference, the Court grants in part and denies in part Plaintiff's motion for witness protection, Dkt. No. 209. Plaintiff may redact the Witness's name, and Plaintiff may propose targeted redactions to the Witness's deposition designations, redacting information that specifically identifies this witness. The Court will not accept blanket redactions of

the Witness's deposition designations as a whole, nor will the Court permit removing all references to the Witness's role in this controversy. Plaintiff's counsel is directed to submit a redacted version of the Witness's deposition designations by no later than November 22, 2023 for the Court's review.

We will further discuss this issue, and the reasons behind the Court's ruling on Plaintiff's motion *in limine* filed at Dkt. No. 209, at a telephonic conference on November 28, 2023 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Given the Court's rulings as promulgated during the November 15, 2023 conference, the Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 198, 204, and 209.

SO ORDERED.

Dated: November 15, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge