```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CITGO PETROLEUM CORPORATION,                                   :
                                                               :
                                    Plaintiff,                 :    1:21-cv-389-GHW
                                                               :
              -v -                                             :    ORDER
                                                               :
STARSTONE INSURANCE SE, *et al.*,                              :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties are directed to submit to the Court by December 1, 2023 any comments on the Court's drafts of (1) the summary of the law to be read prior to opening statements and (2) the voir dire questions, both of which were distributed to the parties via email.

In addition, pursuant to the Court's November 15, 2023 order, Dkt. No. 240, the Court accepts in full Plaintiff's November 22, 2023 proposed redactions to the witness deposition designations.

SO ORDERED.

Dated: November 24, 2023

_____
GREGORY H. WOODS
United States District Judge