Case 1:21-cv-00389-GHW   Document 289   Filed 12/27/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023



Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

David F. Klein
tel: +1.202.663.9207
david.klein@pillsburylaw.com

December 27, 2023

**MEMORANDUM ENDORSED**

**BY ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *CITGO Petroleum Corp. v. Ascot Underwriting Ltd., et al.*, Case No. 1:21-cv-00389-GHW

Dear Judge Woods:

We write jointly on behalf of the parties in response to the Court's December 18, 2023 request that the parties file a joint letter addressing (1) the calculation of the 10% "uplift" for International Transits; and (2) prejudgment interest.

**1.    Calculation of 10% Uplift**

The parties are in agreement on the proper calculation of the 10% uplift that the Marine Cargo Reinsurance Policy applies to the Invoice Value of the Cargo and "Carriage and Other Charges as Incurred" for International Transits.  The jury awarded $46,545,593.86 as the Invoice Value of the crude oil, and $2,296,000.00 for "Carriage and Other Charges as Incurred," for a total of $48,841,593.86.  Ten percent of that value is $4,884,159.38, which should be added as the applicable uplift under the policy.

**2.    Calculation of Pre-Judgment Interest**

For purposes of awarding prejudgment interest, a federal court sitting in diversity applies the forum state's law.  *Maricultura Del Norte, S. de R.L. de C.V. v. Umami Sustainable Seafood, Inc.*, 769 F. App'x 44, 52 (2d Cir. 2019).  Under New York law, prejudgment interest is mandatory for claims of breach of contract.  *See id.* ("N.Y. C.P.L.R. § 5001(a) speaks in mandatory language: 'Interest shall be recovered upon a sum awarded because of a breach of performance of a contract ….'") (emphasis the court's).  Interest is computed "from the earliest ascertainable date the cause of action existed, except that interest upon damages incurred thereafter shall be computed from the date incurred." N.Y. C.P.L.R. 5001(b).  The statutory rate

is 9%. N.Y. C.P.L.R. 5004. Further, C.P.L.R. 5001(c) provides that "[the amount of interest shall be computed by the clerk of the court, to the date the verdict was rendered or the report or decision was made, and included in the total sum awarded."

The statute confers on the Clerk of the Court the duty of performing the actual calculation. As the verdict was rendered on December 18, 2023, it remains only to determine the "earliest ascertainable date the cause of action [for breach of contract] existed." That date is ascertainable from the pleadings. Defendants acknowledged in their Answer to CITGO's Second Amended Complaint that Defendants denied CITGO's claim for coverage in a letter dated March 18, 2020. (Dkt. No. 61, para. 97.) Accordingly, the Clerk of the Court should calculate prejudgment interest at 9% from March 18, 2020, through December 18, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/*William M. Cooney* | /s/ *David F. Klein* |
| John M. Woods, Esq. | David F. Klein |
| William M. Cooney, Esq. | david.klein@pillsburylaw.com |
| Jeffrey Phegan | Mark J. Plumer |
| Thomas Myers | mark.plumer@pillsburylaw.com |
| Clyde & Co US LLP | John Chamberlain |
| *Attorneys for Defendants* | john.chamberlain@pillsburylaw.com |
| The Chrysler Building | Jeffrey W. Mikoni |
| 405 Lexington Avenue, 16th Floor | jeffrey.mikoni@pillsbury.com |
| New York, New York 10174 | Pillsbury Winthrop Shaw Pittman LLP |
| Tel: (212) 710-3900 | 1200 17th Street NW |
| john.woods@clydeco.us | Washington, DC 20036 |
| william.cooney@clydeco.us | (202) 663-8000 |
| | |
| Counsel for Defendants | Richard P. Donoghue |
| | richard.donoghue@pillsburylaw.com |
| | Georgia Bender |
| | georgia.bender@pillsburylaw.com |
| | Pillsbury Winthrop Shaw Pittman LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | (212) 858-1000 |
| | |
| | Counsel for CITGO Petroleum Corporation |

The Clerk of Court is directed to: (1) enter judgment in the amount of $54,235,187.24 against Defendants, plus pre-judgment interest calculated at a rate of 9% from March 18, 2020, through December 18, 2023, as described above; and (2) to close this case.

SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge

Dated: December 27, 2023

cc: All counsel of record