# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CITGO PETROLEUM CORPORATION,

                Plaintiff,

-against-                                        21 **CIVIL** 389 (GHW)

## **JUDGMENT**

STARSTONE INSURANCE SE, et al.,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 27, 2023, judgment is entered in the amount of $54,235,187.24 against Defendants, plus pre-judgment interest calculated at a rate of 9% from March 18, 2020, through December 18, 2023, in the amount of $18,321,092.02; accordingly, the case is closed.

**Dated:** New York, New York

      December 28, 2023

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                           **BY:**           K. Mango

                                                                **Deputy Clerk**